JAMES F CORCORAN, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.

*Nuisance — railroads — action to enjoin maintenance of round house from which smoke, gas and cinders were discharged on to plaintiff's premises.*

*Corcoran v. N. Y. Central R. R. Co.*, 185 App. Div. 935, affirmed.
(Argued May 7, 1920; decided June 8, 1920.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 11, 1918, modifying and affirming as modified a judgment in favor of plaintiff entered upon a

decision of the court on trial at Special Term. The complaint alleged that defendant maintained opposite plaintiff's premises a round house in which numerous locomotives were kept and where by reason of the arrival and departure of engines there was constantly day and night a continuous discharge of smoke, gas and cinders over and upon the plaintiff's property and into his dwelling house making the same uninhabitable, killing fruit trees and other trees, making it impossible to raise vegetables on his property, rendering food in his house unwholesome and ruining his clothing, and making it impossible for plaintiff to live upon his property or to sell or rent the same, and demanded an injunction and damages. The Appellate Division modified the judgment in plaintiff's favor by striking out an award of rental damages.

*George H. Walker* for appellant.

*Harry B. Bradbury* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, MCLAUGHLIN, CRANE and ELKUS, JJ.